UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DARRYL DOMINIC WOODFORD, | Case No. 23-13107 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| GENESEE COUNTY JAIL, *et al*, | David R. Grand |
| Defendants. | United States Magistrate Judge |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S SEPTEMBER 25, 2024
REPORTS AND RECOMMENDATIONS (ECF Nos. 22 and 23)**

Currently before the court are two Reports and Recommendations issued by Magistrate Judge David R. Grand and September 25, 2024.  (ECF Nos. 22, 23). Magistrate Judge Grand recommends denying Plaintiff's motion for default judgment (ECF No. 22) and granting Defendants' motion to dismiss the complaint. (ECF No. 23).  The court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court nevertheless agrees with the Magistrate Judge's recommended disposition.

Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Reports and Recommendations (ECF Nos. 22 and 23), **DENIES** Plaintiff's motion for default judgment (ECF No. 19), **GRANTS** Defendants' motion to dismiss the complaint (ECF No. 10), and **DISMISSES** the complaint with prejudice.  This is a final order and **CLOSES** the case.

    SO ORDERED.

Date: October 28, 2024                                     s/F. Kay Behm
                                                                       F. Kay Behm
                                                                       United States District Judge